No. 83–1383. KRIEG v. PAUL REVERE LIFE INSURANCE CO. C. A. 11th Cir. Certiorari denied.

No. 83–1462. INTERNATIONAL FIDELITY INSURANCE CO. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 83–1471. WIRTZ, TRUSTEE, ET AL. v. NORRIS. C. A. 7th Cir. Certiorari denied.

No. 83–5671. JACKSON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 83–5761. DAVIS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 83–5831. SOBERAL-PEREZ ET AL. v. HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 2d Cir. Certiorari denied.

No. 83–5870. DAWSON v. SMITH, ATTORNEY GENERAL OF THE UNITED STATES, ET AL. C. A. 7th Cir. Certiorari denied.

No. 83–5913. ETLIN ET AL. v. HORAN, COMMONWEALTH'S ATTORNEY. Sup. Ct. Va. Certiorari denied.

No. 83–5928. SEIFUDDIN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 83–5941. COX v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 83–5974. JONES v. ISRAEL, SUPERINTENDENT, WAUPUN CORRECTIONAL INSTITUTION, ET AL. C. A. 7th Cir. Certiorari denied.

No. 83–6041. RUSSOTTO v. SMITH, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 83–6214. BROOKS v. ALFORD, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 83–6232. RUSH v. SPEARS, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.